# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　:　No. 124 EAL 2020

    Respondent　:

    　:　Petition for Allowance of Appeal
    　:　from the Order of the Superior Court

   v.　:

DARRYL (DEWS) WEST,　:

    Petitioner　:

COMMONWEALTH OF PENNSYLVANIA,　:　No. 125 EAL 2020

    Respondent　:

    　:　Petition for Allowance of Appeal
    　:　from the Order of the Superior Court

   v.　:

DARRYL DEWS,　:

    Petitioner　:

COMMONWEALTH OF PENNSYLVANIA,　:　No. 126 EAL 2020

    Respondent　:

    　:　Petition for Allowance of Appeal
    　:　from the Order of the Superior Court

   v.　:

DARRYL DEWS,　:

    Petitioner　:

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 26th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.